UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KADLEC MEDICAL CENTER, *et al.* | CIVIL ACTION |
| versus | No. 04-997 |
| LAKEVIEW ANESTHESIA ASSOCIATES, *et al.* | SECTION: I/3 |

## O R D E R

Having considered the arguments of the parties and for the reasons previously stated by the Court, **IT IS ORDERED** that the second motion for judgment as a matter of law filed on behalf of defendant, Lakeview Medical Center, LLC, (Rec. Doc. No. 356) is **DENIED.**[1]

New Orleans, Louisiana, June __21st__, 2006.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Lakeview Medical Center and the other defendants have argued, among other things, that plaintiff Kadlec suffered no damages and that plaintiff Western Professional Insurance ("WPI") is "the real party in interest." The Court does not resolve whether WPI is the real party in interest because it would have no practical effect on the outcome of this action: (1) even accepting defendants' arguments that WPI alone is the real party in interest, WPI (and Kadlec) prosecuted the case, and (2) if WPI were the real party in interest, it would be by virtue of complete subrogation, *i.e.*, it paid the entire loss suffered by Kadlec, and as the subrogee, WPI would have all of the rights and claims of the subrogor, including Kadlec's right not to have its recovery reduced. *See* La. Civ. Code. Ann. art. 2323(C).